## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WILLIAM CANNON, #A-11015,**

**Plaintiff,**

**v.**

**ROBERT HUGHES, et al.,**

**Defendants.**                                        **No. 98-CV-447-DRH**

### ORDER

**HERNDON, District Judge:**

Now before the Court is Defendants' motion to substitute counsel. (Doc. 177.)  The Court, being fully advised in the premises, **GRANTS** Defendants' motion. (Doc. 177.)  Assistant Attorneys General Ron Stradt and B. Paul Taylor are hereby removed as counsel for Defendants, replaced by Assistant Attorney General Eric J. Rieckenberg.

**IT IS SO ORDERED.**

Signed this 13th day of December, 2005.


/s/          David RHerndon
**United States District Judge**

Page 1 of  1