IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WILLIAM CANNON, #A-11015,**

**Plaintiff,**

**v.**

**ROBERT HUGHES, et al.,**

**Defendants.**                                   **No. 98-CV-447-DRH**

**ORDER**

**HERNDON, District Judge:**

      Plaintiff William Canon ("Plaintiff"), an inmate in the custody of the Illinois Department of Corrections, filed an amended complaint (Doc. 61.) alleging that Defendants used excessive force on him at Menard Correctional Center. The Court ultimately dismissed or granted summary judgment on all claims, with the exception of a claim against one defendant, who was in default. Plaintiff appealed, and the Seventh Circuit affirmed except as to summary judgment on Count 13. Count 13 was remanded for further proceedings. On February 28, 2006, Defendants filed a motion for summary judgment. (Doc. 193.)

      This matter now comes before the Court on a Report and Recommendation (the "Report") issued by U.S. Magistrate Judge Clifford J. Proud on July 18, 2006 pursuant to **28 U.S.C. § 636(b)(1)(B)**. (Doc. 200.) Magistrate Judge Proud's Report recommends that the motion for summary judgment filed by Defendants be denied. (*Id.*)

Under **Rule 73.1 of the Local Rules of the Southern District of Illinois**, the parties had ten days in which to serve and file written objections to the Report.  As of this date, no objections have been filed.  The ten-day period in which parties may file objections has expired.  Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct de novo review.  *Thomas v. Arn*, **474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** Judge Proud's Report (Doc. 200), and **DENIES** Defendants' motion for summary judgment. (Doc. 193.)

**IT IS SO ORDERED.**

Signed this 29th day of August, 2006.

/s/     David   RHerndon
**United States District Judge**