# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM CANNON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 98-447-DRH |
| | ) |
| ROBERT HUGHES, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATION

This case is certified as being ready for a trial setting. The Clerk is directed to return the file to Judge David R. Herndon for further proceedings.

SO ORDERED.

**DATED: February 28, 2007**

                                              **S/Clifford J. Proud**
                                              **CLIFFORD J. PROUD**
                                              **United States Magistrate Judge**