IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WILLIAM CANNON, #A-11015,**

**Plaintiff,**

**v.**

**ROBERT HUGHES, et al.,**

**Defendants.** No. 98-CV-447-DRH

## ORDER

**HERNDON, Chief Judge:**

On June 11, 2008, trial in this matter concluded with the jury finding in favor of each of the Defendants. Judgment was entered against Plaintiff and in favor of each of the Defendants that same day. At the hearing, the Court terminated the appointment of Plaintiff's counsel, Simon Tonkin. As Plaintiff is now without representation, the Court wishes to advise Plaintiff of his appeal rights, in the event Plaintiff wishes to file an appeal.

Under **Federal Rule of Appellate Procedure 4(a)(1)(A)**, a notice of appeal must be filed with the district court within 30 days after judgment has been entered. In addition, the Court wishes to advise Plaintiff that if he intends to proceed *in forma pauperis* upon appeal, he must file a motion to proceed *in forma pauperis* on appeal, along with: 1) an affidavit that includes a statement of all assets Plaintiff possesses, the nature of the appeal, and the affiant's belief that Plaintiff is entitled to

redress. **See 28 U.S.C. § 1915(a)(1).** In addition, Plaintiff must submit a certified copy of his trust fund account statement for the 6-month period immediately preceding the filing of the notice of appeal, obtained from the appropriate official of each prison at which Plaintiff has been confined. **See 28 U.S.C. § 1915(a)(2).** However, the Court also wishes to inform Plaintiff that even if his motion to appeal *in forma pauperis* is granted, he shall still be required to pay the full filing fee over time, unless he has no assets and no means by which to pay the fee. **See 28 U.S.C. § 1915(b).**

**IT IS SO ORDERED.**

Signed this 16th day of June, 2008.

/s/       *David R Herndon*
**Chief Judge**
**United States District Court**